■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McCRAY, Also Known as ERIC McCRAY, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vinik, J.), rendered August 15, 1984, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On this appeal, the defendant contends that there was legally insufficient evidence presented at trial to prove that a weapon was displayed during the robbery, as required by Penal Law § 160.15, and that the defendant was one of the

participants in the crime. We find that these claims were not preserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in a light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Baskerville,* 60 NY2d 374, 381).

The defendant's challenge to the trial court's alibi charge is similarly unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Patterson,* 39 NY2d 288, 294-295). In any event, the charge as a whole conveyed the necessary information regarding the People's burden of proof *(see, People v Warren,* 76 NY2d 773, 774-775).

Finally, the sentence imposed was proper *(see,* Penal Law § 70.25 [2-b]). Rosenblatt, J. P., Lawrence, Pizzuto and Santucci, JJ., concur.